UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FILIBERTO RAMOS LEON,<br><br>                    Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR and BRUCE SCOTT,<br><br>                    Respondents | **JUDGMENT IN A CIVIL CASE**<br><br>CASE   NUMBER   2:26-cv-01694-JNW |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Amended Petition for a Writ of Habeas Corpus is GRANTED IN PART with the relief ordered at Dkt. No. 11.

Dated July 6, 2026.

Joshua C. Lewis
Clerk of Court

/s/Kathleen R. Albert
Deputy Clerk